579

Submitted February 23, 1981. David R. Black, for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before SPAETH, WIEAND and JOHNSON, JJ.

The judgment of sentence is affirmed.

SPAETH, J., concurred in the result.

446 A.2d 672

Commonwealth v. Thompson, Appellant.

Submitted January 26, 1981. Elaine DeMasse, Assistant Public Defender, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, JOHNSON and LIPEZ, JJ.

Judgment of sentence affirmed.

446 A.2d 672

Commonwealth v. Ziomck, Appellant.

Petition for Allowance of Appeal Denied Aug. 2, 1982.

Argued January 6, 1982. Malcolm Mark Limongelli, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before SPAETH, CAVANAUGH and MONTEMURO, JJ.

Judgment of sentence affirmed.

446 A.2d 673

Corbett v. Corbett, Appellant.

Argued November 9, 1981. Howard Gilfillan, for appellant; Peter Molinaro, Jr., for appellee.

Before BECK, JOHNSON and POPOVICH, JJ.

The order is affirmed.

BECK, J., filed a memorandum dissenting opinion.

446 A.2d 673

Cross, Appellants v. Berry.

Rossman v. Cross, Jr., Appellants.